**UNITED STATES DISTRICT COURT**          **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**          **MINUTE ORDER**

BEFORE:     JAMES ORENSTEIN               DATE:     6/11/10
            U.S. MAGISTRATE JUDGE         TIME:     2:00 p.m.

*Brian Bonislawsky, et al.  v. Gap, Inc., et al.*
**10-CV-0651 (RJD) (JO)**

TYPE OF CONFERENCE: Settlement

APPEARANCES:     Plaintiffs          Frank Martinez, Daniel Chun

                 Defendants          Edward Rosenthal


SCHEDULING:  The next telephone conference will be held on July 13, 2010, at 12:30 p.m.

THE FOLLOWING RULINGS WERE MADE:  The parties agreed to settle the case.  If a stipulation of dismissal is filed by July 9, 2010, I will cancel the conference scheduled above; otherwise I direct the plaintiff's counsel to initiate the telephone conference call.

                                        SO ORDERED

                                        /s/ James Orenstein
                                        JAMES ORENSTEIN
                                        U.S. Magistrate Judge